Same case below, 619 F.3d 235.

No. 10-840. Kanchhi Maya Sherpa, Petitioner v. Eric H. Holder, Jr., Attorney General.

563 U.S. 904, 131 S. Ct. 1785, 179 L. Ed. 2d 654, 2011 U.S. LEXIS 2447.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 393 Fed. Appx. 819.

No. 10-939. Barry E. Mukamal, Liquidating Trustee and Director and Officer Trustee of Far & Wide Corporation, et al., Petitioners v. Phil Bakes, et al.

563 U.S. 904, 131 S. Ct. 1785, 179 L. Ed. 2d 654, 2011 U.S. LEXIS 2458.

No. 10-949. Troy Anthony Davis, Petitioner v. Carl Humphrey, Warden.

563 U.S. 904, 131 S. Ct. 1787, 179 L. Ed. 2d 654, 2011 U.S. LEXIS 2564.

March 28, 2011. Petition for writ of certiorari denied.

Same case below, 625 F.3d 716.

No. 10-953. Arthur M. Field, Kathryn Taillon, and T. Bart Kelley, Petitioners v. Henry McMaster, et al.

563 U.S. 904, 131 S. Ct. 1788, 179 L. Ed. 2d 654, 2011 U.S. LEXIS 2566.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 398 Fed. Appx. 894.

No. 10-954. Freddie T. Nash, Petitioner v. Michigan.

563 U.S. 904, 131 S. Ct. 1789, 179 L. Ed. 2d 654, 2011 U.S. LEXIS 2521.

March 28, 2011. Petition for writ of certiorari to the Circuit Court of Michigan, Ingham County, denied.

No. 10-956. P. Edgell and B. Honsowetz, Petitioners v. Scott E. McKenna.

563 U.S. 904, 131 S. Ct. 1790, 179 L. Ed. 2d 654, 2011 U.S. LEXIS 2581.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 617 F.3d 432.